UNITED STATES DISTRICT COURT                                   For Online Publication Only
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MARY COLLETTA,

                              Plaintiff,

                                                              **ORDER**
              -against-                                       21-CV-2112 (JMA) (AKT)

NORTHWELL HEALTH, INC., et al.,

                              Defendants.
---------------------------------------------------------------X
**AZRACK, United States District Judge:**

        Before the Court is the in forma pauperis application filed by pro se plaintiff Mary Colletta

("Plaintiff") (ECF No. 5.)   Upon review of the declaration accompanying Plaintiff's application

to proceed in forma pauperis, the Court finds that Plaintiff is qualified to commence this action

without prepayment of the filing fee.   See 28 U.S.C. § 1915(a)(1).   Accordingly, Plaintiff's

request to proceed in forma pauperis is GRANTED.

        IT IS HEREBY ORDERED that Plaintiff is granted leave to file the complaint without

prepayment of the filing fee or security therefor; and IT IS FURTHER ORDERED that the Clerk

of Court shall forward to the United States Marshal Service for the Eastern District of New York

copies of Plaintiff's summonses, complaint and this Order for service upon defendants without

prepayment of fees; and

        IT IS FURTHER ORDERED that the Clerk of Court shall mail a copy of this Order to the

Plaintiff.

**SO ORDERED.**

Dated: October 4, 2021
        Central Islip, New York

                                                      _____/s/ (JMA)_____
                                                      JOAN M. AZRACK
                                                      UNITED STATES DISTRICT JUDGE